IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Garcia, Lucino | Case Number: 03 B 48955 |
|---|---|---|
| | Garcia, Jasmina | Judge: Hollis, Pamela S |
| | Printed: 1/15/08 | Filed: 12/3/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 10, 2008
Confirmed: January 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,780.00 | |
| Secured: | | 16,750.43 |
| Unsecured: | | 3,573.84 |
| Priority: | | 0.00 |
| Administrative: | | 2,194.00 |
| Trustee Fee: | | 1,261.73 |
| Other Funds: | | 0.00 |
| Totals: | 23,780.00 | 23,780.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,194.00 | 2,194.00 |
| 2. | United Auto Credit | Secured | 16,750.43 | 16,750.43 |
| 3. | First Financial | Unsecured | 291.86 | 464.61 |
| 4. | Americash Loans, LLC | Unsecured | 80.52 | 128.18 |
| 5. | United Auto Credit | Unsecured | 312.18 | 496.95 |
| 6. | Americash Loans, LLC | Unsecured | 40.26 | 64.09 |
| 7. | Check N Go | Unsecured | 23.43 | 37.29 |
| 8. | ECast Settlement Corp | Unsecured | 220.23 | 350.58 |
| 9. | Ford Motor Credit Corporation | Unsecured | 1,276.59 | 2,032.14 |
| 10. | Schottler & Zukosky | Priority | | No Claim Filed |
| 11. | Americash Loans, LLC | Unsecured | | No Claim Filed |
| 12. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 13. | Americash Loans, LLC | Unsecured | | No Claim Filed |
| 14. | Disney Book Club | Unsecured | | No Claim Filed |
| 15. | Collectcorp Corp | Unsecured | | No Claim Filed |
| 16. | Leisa's Auto Inc | Unsecured | | No Claim Filed |
| 17. | Old Navy | Unsecured | | No Claim Filed |
| 18. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 19. | Columbia House | Unsecured | | No Claim Filed |
| 20. | Pay Day Loans | Unsecured | | No Claim Filed |
| 21. | Value City | Unsecured | | No Claim Filed |
| 22. | Scholastic Book Services | Unsecured | | No Claim Filed |
| 23. | Professional Account Services | Unsecured | | No Claim Filed |
| 24. | World Financial Network Nat'l | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Garcia, Lucino | Case Number:  03 B 48955 |
| Garcia, Jasmina | Judge:  Hollis, Pamela S |
| Printed:  1/15/08 | Filed:  12/3/03 |

                                                    _____      _____
                                                    $ 21,189.50    $ 22,518.27

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 147.77 |
| 4% | 60.48 |
| 6.5% | 217.33 |
| 3% | 39.69 |
| 5.5% | 197.51 |
| 5% | 66.15 |
| 4.8% | 117.92 |
| 5.4% | 414.88 |
| | _____ |
| | $ 1,261.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

                        _____